UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA, | No. 2:17-cv-2221-GEB-KJN PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| BRUCE HOBBLE, | |
| Defendant. | |

On October 24, 2017, plaintiff Liudmyla Iegorova, proceeding without counsel, filed the instant action along with a motion to proceed *in forma pauperis*. (ECF No. 2.) However, plaintiff's motion to proceed *in forma pauperis* is incomplete, does not provide all of the requested information, and in many instances simply refers back to some other action that was filed in this court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED WITHOUT PREJUDICE.
2. No later than November 10, 2017, plaintiff shall either file a properly-completed amended motion to proceed *in forma pauperis* or pay the applicable filing fee.
3. Failure to timely comply with this order may result in dismissal of the action pursuant

1

to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: October 27, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE