UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRUCE HOBBLE,<br><br>　　　　Defendant. | No. 2:17-cv-2221-GEB-KJN PS<br><br><br>ORDER |

On October 24, 2017, plaintiff Liudmyla Iegorova, proceeding without counsel, filed the instant action along with a motion to proceed *in forma pauperis*. (ECF No. 2.) However, plaintiff's motion to proceed *in forma pauperis* was incomplete, did not provide all of the requested information, and in many instances simply referred back to some other action that was filed in this court. Therefore, on October 27, 2017, the court denied plaintiff's motion to proceed *in forma pauperis* without prejudice. (ECF No. 3.) Plaintiff was ordered, no later than November 10, 2017, to either file a properly-completed amended motion to proceed *in forma pauperis* or pay the applicable filing fee. (Id.) Plaintiff was further cautioned that failure to timely comply with the order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b). (Id.)

////

1

Although the applicable deadline has now long passed, plaintiff failed to either file an amended motion to proceed *in forma pauperis* or pay the applicable filing fee.  The court has considered whether the action should be dismissed at this juncture.  Nevertheless, in light of plaintiff's *pro se* status and the court's desire to resolve the action on the merits, the court first attempts lesser monetary sanctions.  Because plaintiff at least initially sought leave to proceed *in forma pauperis*, the court necessarily imposes a minimal amount of $100.00 in monetary sanctions.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than December 15, 2017, plaintiff shall pay the Clerk of Court $100.00 in monetary sanctions based on her failure to comply with the court's orders.
2. No later than December 15, 2017, plaintiff shall either file an amended motion to proceed *in forma pauperis* or pay the applicable filing fee.
3. If plaintiff no longer wishes to proceed with this action at this time, she may instead file a notice of voluntary dismissal of the action without prejudice by December 15, 2017, in lieu of paying the monetary sanctions imposed.
4. Failure to timely comply with this order will result in dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  November 20, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE